**No. 66265.**—Arnart Imports, Inc. *v.* United States, protest 60/7901(A) (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise, identified on the invoice as item 88/19W, consists of perfume trays, composed in chief value of base metal, plated with silver, and used exclusively in the household for holding perfume sets, the claim of the plaintiff was sustained.